

# United States District Court
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

V.

ANTHONY E. GARVER, a/k/a
Anthony E. Burke

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ-06-270

(Name & Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

That on or about June 2, 2006, in the Eastern District of Washington, ANTHONY E. GARVER, a/k/a Anthony E. Burke, after having previously been committed to a mental institution, on or about August 4, 2004, to wit: Sacred Heart Medical Center's Psychiatric Center, did knowingly possess in and affecting foreign commerce, approximately 100 rounds of 7.62 x 39 mm ammunition, that had been manufactured in Russia, which ammunition had theretofore been transported in foreign commerce, in violation of 18 U.S.C. § 922(g)(4).

I further state that I am a **Special Agent** and that this complaint is based on the following facts:

Continued on the attached sheet incorporated herein by this reference.  ☒ Yes  ☐ No

_____
Signature of Complainant  Jason R. Oakley
Special Agent, FBI

Sworn to before me, and subscribed in my presence

October 30, 2006                               at   Spokane, Washington
Date                                                 City and State

CYNTHIA IMBROGNO
United States Magistrate Judge                   _____
Name and Title of Judicial Officer                Signature of Judicial Officer           P61026DD.JHA.wpd