James A. McDevitt
United States Attorney
Eastern District of Washington
Joseph H. Harrington
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 06-270 |
|         Plaintiff, ) | |
|     vs. ) | Motion for Detention Hearing |
| ANTHONY E. GARVER, a/k/a Anthony ) E. Burke, ) | |
|         Defendant. ) | |

    The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

    1.    <u>Eligibility of Case</u>.  This case is eligible for a detention order because  the case involves:

    ☐    Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117),

    ☐    Maximum penalty of life imprisonment or death,

    ☐    Drug offense with maximum penalty of 10 years or more,

    ☐    Felony, with two prior convictions in above  categories,

    ☒    Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous

Motion for Detention Hearing - 1
P61030DD.JHB.wpd

weapon, or involves a failure to register under 18 U.S.C. section 2250,

☒ Serious risk Defendant will flee, or

☒ Serious risk obstruction of justice.

2. <u>Reason For Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure:

☒ Defendant's appearance as required, or

☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>.  The United States will invoke the rebuttable presumption against Defendant under Section 3142(e). The presumption applies because there is probable cause to believe Defendant committed:

☐ Drug offense with maximum penalty of 10 years or more,

☒ 18 U.S.C. § 924(c) firearms offense, or

☐ Kidnaping, sexual crimes, or child pornography offenses.

4. <u>Time For Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

☐ At the first appearance, or

☒ After a continuance of three days.

5. <u>Other Matters</u>.

The Defendant has previously violated several no contact orders.

DATED November 1, 2006.

James A. McDevitt
United States Attorney

*s/Joseph H. Harrington*

Joseph H. Harrington
Assistant United States Attorney

Motion for Detention Hearing - 2

P61030DD.JHB.wpd

1
2
3       I hereby certify that on November 1, 2006, I electronically filed the
4   foregoing with the Clerk of the Court using the CM/ECF System.
5
6                                       *s/Joseph H. Harrington*
7                                       Joseph H. Harrington
8                                       Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Motion for Detention Hearing - 3
P61030DD.JHB.wpd