\

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. MJ-06-270 |
| Plaintiff, | ) |
| | ) ORDER GRANTING THE UNITED |
| v. | ) STATES' MOTION FOR DETENTION |
| | ) |
| ANTHONY E. GARVER, a/k/a | ) |
| Anthony E. Burke, | ) |
| | ) |
| Defendant. | ) |

At Defendant's November 3, 2006, detention hearing, Assistant U.S. Attorney Joseph H. Harrington appeared for the United States. Defendant was present with Assistant Federal Defender Christina Hunt.

Defendant, through his attorney and personally, waived the right to an immediate pretrial bail hearing; however, Defendant reserves the right to move to amend or modify the court's detention order.

**IT IS ORDERED**:

1. The United States' Motion for Detention **(Ct. Rec. 6)** is **GRANTED**. Defendant shall be held in detention pending disposition of this case or until further order of the court. Defendant may petition the court to reopen the detention issue by written motion to amend and request for hearing, served upon the United States Attorney.

2. Defendant is committed to the custody of the U.S. Marshal

ORDER GRANTING THE UNITED STATES' MOTION FOR DETENTION - 1

for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

    3.   Defendant shall be afforded reasonable opportunity for private consultation with his counsel.

DATED November 6, 2006.

                       S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING THE UNITED STATES' MOTION FOR DETENTION - 2