# United States District Court
## EASTERN DISTRICT OF WASHINGTON

FILED IN THE
EASTERN DISTRICT OF WASHINGTON
NOV 06 2006
JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA

V.

**ANTHONY E. GARVER,**
a/k/a Anthony E. Burke

# WARRANT FOR ARREST

CASE NUMBER: MJ-06-270

TO:  The United States Marshal
and any Authorized Officer

YOU ARE HEREBY COMMANDED to arrest ANTHONY E. GARVER, a/k/a Anthony E. Burke and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offenses)   Possession of Ammunition by a Person Who has Previously Been Committed to a Mental Institution

in violation of Title 18, United States Code, Section(s) 922(g)(4).

Cynthia Imbrogno
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

October 30, 2006, Spokane, WA
Date & Location

Bail fixed at $ AUSA seeks Detention   by [signature]
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at
_____.

| DATE RECEIVED 10-30-06 | NAME AND TITLE OF ARRESTING OFFICER Arrested within the E/WA By: FBI (Agency) Executed On: 11/1/06 Sign: [signature] | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 11-1-06 | | |

P61030DD.JHA.wpd