FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 08 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

James A. McDevitt
United States Attorney
Eastern District of Washington
Joseph H. Harrington
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

**CR-06-0113-WFN**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTHONY E. GARVER, a/k/a<br>Anthony E. Burke,<br><br>        Defendant. | INDICTMENT<br><br>Vio: 18 U.S.C. § 922(g)(4)<br>Possession of Ammunition<br>by a Person Who has<br>Previously Been<br>Committed to a Mental<br>Institution |

The Grand Jury Charges:

That on or about June 2, 2006, in the Eastern District of Washington, ANTHONY E. GARVER, a/k/a Anthony E. Burke, after having previously been committed to a mental institution on or about August 4, 2004, to wit: Sacred Heart Medical Center's Psychiatric Center, did knowingly possess in and affecting commerce,

    approximately 80 rounds of grey-colored 7.62 x 39 mm ammunition having a head stamp "WOLF" and "7.62 x 39" and

    approximately 20 rounds of green-colored 7.62 x 39 mm ammunition having a head stamp "7.62 x 39" and an over/under arrow symbol,

that had been manufactured in Russia, which ammunition had theretofore been

INDICTMENT - 1
P61101DD.JHC.wpd

1  transported in foreign commerce, in violation of 18 U.S.C. § 922(g)(4).

2

3       DATED this ___8___ day of November, 2006.

4                                           A TRUE BILL

5

6       [signature]

7  James A. McDevitt
   United States Attorney
8
   [signature]
9
   Joseph H. Harrington
10 Assistant United States Attorney

INDICTMENT - 2
P61101DD.JHC.wpd