UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-113-WFN |
| Plaintiff, | |
| v. | ORDER ON PLEA |
| ANTHONY E. GARVER, a/k/a Anthony E. BURKE, | |
| Defendant. | |

At Defendant's November 9, 2006, arraignment, the United States was represented by Assistant U.S. Attorney Joseph H. Harrington; the Defendant was present with Christina Hunt. The Defendant entered a plea of not guilty.

**IT IS ORDERED** that the plea of Defendant is received, and the Defendant is bound over for trial before a district judge.

**IT IS FURTHER ORDERED,** that the Defendant continues to be committed to the custody of the U.S. Marshal pursuant to this court's Order filed November 6, 2006.

DATED November 9, 2006.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER ON PLEA