UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> ANTHONY E. BURKE, ) <br> a/k/a Anthony E. Garver, ) <br> ) <br> Defendant. ) <br> ) | NO.   CR-06-0113-WFN-1 <br><br> ORDER |

Before the Court is Defendant's Pro Se Motion to Reconsider Order for Evaluation, filed May 25, 2007 (Ct. Rec. 47).  The Motion requests that the Court Order filed May 14, 2007 (Ct. Rec. 46) be vacated.

The Court notes that Defendant is represented by counsel and therefore all motions and issues are properly raised through counsel.  The Court will address the Motion, however, as it is pending in this matter.

The Court has reviewed the file, including the Order for Evaluation of Defendant's Present Mental Condition (Ct. Rec. 47),  and the Motion and is fully informed.  Accordingly,

**IT IS ORDERED** that the Defendant's Pro Se Motion to Reconsider Order for Evaluation, filed May 25, 2007, **Ct. Rec. 47 is DENIED.**

The District Court Executive is directed to file this Order and provide copies of the Order to counsel **AND TO** Defendant Anthony Burke, Reg. No. 11683085, FDC Seatac, Post Office Box 13900, Seattle, Washington 98198.

ORDER - 1

1     **DATED** this 29th day of May, 2007.

2

3                                             s/ Wm. Fremming Nielsen

4  05-29                        WM. FREMMING NIELSEN
                                 SENIOR UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2