James A. McDevitt
United States Attorney
Eastern District of Washington
Robert A. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANTHONY E. GARVER, ) <br> ) <br> Defendant. ) <br> ) | CR-06-113-EFS <br><br> Substitution of Counsel for the United States |

    Robert A. Ellis, Assistant United States Attorney for the Eastern District of Washington, hereby substitutes as counsel of record on behalf of the United States of America replacing Joseph H. Harrington.

    DATED this 12th day of August, 2009.

James A. McDevitt
United States Attorney

*s/ Robert A. Ellis*                                             *s/ Joseph H. Harrington*

Robert A. Ellis                                                         Joseph H. Harrington
Assistant United States Attorney              Assistant United States Attorney

Substitution of Counsel for the United States - 1
P90812DD.RAE.wpd

1  I hereby certify that on August 12, 2009, I electronically filed the foregoing
2  with the Clerk of the Court using the CM/ECF System which will send notification
3  of such filing to the following, and/or I hereby certify that I have mailed by United
4  States Postal Service the document to the following non-CM/ECF participant(s):

    Mr. Peter S. Schweda
    Attorney at Law
    2206 North Pines Road
    Spokane, Washington 99206

                              *s/Robert A. Ellis*

                              Robert A. Ellis
                              Assistant United States Attorney

Substitution of Counsel for the United States - 2
P90812DD.RAE.wpd