FOR USE WITH LEGAL MAIL ONLY

Dear Judge Shea,

I had great intentions when I was released from prison, but I became overwhelmed with anxiety. I was afraid that no matter how good I did on supervised release, or how apparent or obvious it would become that I'm not the person that they said I am, that their characterization of me would never change, and that it would be too stringent, and I would not be treated reasonably or fairly. I had the notion that the deck would always be stacked against me. A good portion of my concerns were brought about by stories I was told by people who've been on supervised release. However, when I look back I regret being influenced by them because they were probably not totally credible. I was also disappointed when I was unable to get my supervised release transfered to Seattle, and when I was told that Geiger was basically like a Jail. I felt like I was getting out of one prison and going into another, for six more months.

However, after I didn't show up I realized that I had made a huge mistake. Not only did I put myself in a very bad situation, I flushed my future down the toilet because it was inevitable that I would be captured. I later learned that my beliefs about what Geiger and supervised release are like were wrong. I learned that Geiger is easy and I was dumb for not showing up, and I became extremely upset at myself. I wondered how I could have made such a stupid mistake. I think part of the reason why is that nobody explained it to me. Every single day I regret not showing up because I destroyed my chance to be free and to go to school, establish myself, and get it over with and move on with my life. Not to mention prove that I can succeed in completing my supervised release without problems, and also prove that I am not the person that they said I am. When I get out this next time I'm definitely going to show up and I'm going to comply with all the rules of my supervised release. I'm never going to do anything like this again. Whatever challenges or problems I

Page 1 of 2

FOR USE WITH LEGAL MAIL ONLY

ever encounter I'll work through, because I don't ever want to return to prison. I plan on enrolling in Spokane Community College as soon as I can. I hope to attend college for the full duration of my supervised release. And I plan to eventually find a good career and to move on with my life. Thank you very much for your time.

Sincerely,
Anthony Burke
Anthony E Burke