PROB 12C
(7/93)

Report Date: April 28, 2010

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 28 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony E. Burke                Case Number: 2:06CR00113-001

Address of Offender: Absconder

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 06/19/2008

| | |
|---|---|
| Original Offense: | Possession of Ammunition After Having Previously Been Committed to a Mental Institution, 18 U.S.C. § 922(g)(4) |
| Original Sentence: | Prison - 37 months; TSR - 36 months |
| Asst. U.S. Attorney: | Thomas O. Rice |
| Defense Attorney: | Peter S. Schweda |

Type of Supervision: Supervised Release

Date Supervision Commenced: 03/19/2010

Date Supervision Expires: 07/18/2012

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition # 17**: You shall reside in a residential reentry center for a period up to 180 days. This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction of the CCM and USPO. Defendant shall abide by the rules and requirements of the facility. Defendant shall remain at the facility until said 180 days has been completed.

**Supporting Evidence**: Mr. Burke is considered in violation of his conditions of supervised release by failing to abide by the rules and requirements of the residential reentry center (RRC) since April 27, 2010. Also, by failing to remain at the residential reentry center (RRC) for 180 days.

On April 27, 2010, the undersigned officer was notified by RRC staff that Mr. Burke had failed to return to the facility by the scheduled time. Mr. Burke was due back to the facility at 4:00 p.m., but failed to return or contact the facility to advise them he would be late. At 6:00 p.m., the RRC staff terminated Mr. Burke's placement and reported him to the Bureau of Prisons (BOP) as an absconder.

Mr. Burke's whereabouts are currently unknown.

Prob12C
Re: Burke, Anthony E.
April 28, 2010
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 28, 2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Signature of Judicial Officer*

4/28/10
Date