FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 28 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | No. 06-113-EFS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ACKNOWLEDGMENT OF NOTICE OF RIGHTS |
| _Anthony Burke_, | ) | (PETITION) |
| Defendant. | ) | |

The undersigned Defendant does acknowledge: I appeared on this date and was advised as follows:

1) Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

☒ **Petition for Warrant or Summons for Offender Under Supervision**
☐ **Petition for Action on Conditions of Pretrial Release**,

which specifically sets forth the allegations;

2) Of the maximum penalty provided by law;

3) My right to remain silent at all times and if I make a statement the fact it can be used against me;

4) My right to retain my own counsel, and if I am without funds, to have counsel appointed to represent me in this matter;

5) **If Petition for Warrant for Offender Under Supervision**: If in custody, my right to preliminary hearing and detention hearing before a magistrate judge, or to waive these hearings in open court; My right to a plenary hearing before the Judicial officer who authorized the supervised release, to be confronted by the witnesses, and have witnesses attend on my behalf;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - 1

6) **If Petition for Action on Conditions of Pretrial Release:** My right to a detention hearing before a magistrate judge, or to waive a hearing in open court;

7) My right, if I am not a United States citizen, to have my country's consulate informed of my arrest and detention.

2/28/11
Date

Anthony E. Burke
Defendant

Interpreted by (if applicable):

_____
(Sign and Print Name)

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - 2