PROB 12C
(7/93)

Report Date: March 1, 2011
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# United States District Court

### for the

### Eastern District of Washington

MAR 02 2011

JAMES R. LARSEN, CLERK
DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony E. Burke          Case Number: 2:06CR00113-001

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 6/19/2008

Original Offense: Possession of Ammunition After Having Previously Been Committed to a Mental Institution, 18 U.S.C. § 922(g)(4)

Original Sentence: Prison - 37 Months; TSR - 36 Months          Type of Supervision: Supervised Release

Asst. U.S. Attorney: Thomas O. Rice          Date Supervision Commenced: 3/19/2010

Defense Attorney: Peter S. Schweda          Date Supervision Expires: 7/18/2012

---

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/28/2010.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 & 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| | **Supporting Evidence**: Mr. Burke is considered in violation of his conditions of supervised release by committing a new crime and leaving the judicial district without permission. |

On November 22, 2010, Mr. Burke was convicted in Montana Judicial District Court, Gallatin County, for the crime of Criminal Endangerment, in violation of §45-5-207, MCA. He was sentenced to 4 years custody at the Montana State Prison.

According to Montana Highway Patrol report number 10001092-01, on April 28, 2010, in Gallatin, Montana, law enforcement attempted to stop a vehicle driven by Mr. Burke. Mr. Burke failed to stop for law enforcement and during the pursuit he drove the wrong way on

the freeway, caused at least one wreck, then attempted to elude law enforcement on foot.  He was eventually apprehended and placed in custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 1, 2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Other

Signature of Judicial Officer

3/1/11

Date