FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 07 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1   Revised by WAED - 02/11

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

UNITED STATES OF AMERICA
v.
Anthony E. Burke, aka Garver

**Judgment in a Criminal Case**
(For Revocation of Probation or Supervised Release)

Case No.  2:06CR00113-001
USM No. 11683-085

Peter Steven Schweda
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  SPC #17; MC #2; STC #1  of the term of supervision.

☐ was found in violation of condition(s)  _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to abide by the RRC rules and absconded | 04/27/2010 |
| 2 | Defendant committed another federal, state, or local crime | 11/22/2010 |
| 3 | Defendant left the judicial district without permission | 04/28/2010 |

The defendant is sentenced as provided in pages 2 through **4** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)  _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5429

Defendant's Year of Birth: 1987

City and State of Defendant's Residence:
Spokane, WA

07/07/2011
_____
Date of Imposition of Judgment

_____
Signature of Judge

Edward F. Shea        Judge, U.S. District Court
_____
Name and Title of Judge

July 7, 2011
_____
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
　　　　　 Sheet 2— Imprisonment

| | Judgment — Page | 2 | of | 4 |

DEFENDANT: Anthony E. Burke, aka Garver
CASE NUMBER: 2:06CR00113-001

## IMPRISONMENT

　　　　The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total
total term of :    12 month(s)

To be served consecutively with the term of imprisonment defendant is currently serving on a Montana state conviction.

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

☐　The court makes the following recommendations to the Bureau of Prisons:

☑　The defendant is remanded to the custody of the United States Marshal.

☐　The defendant shall surrender to the United States Marshal for this district:

　　☐　at　_____　☐ a.m.　☐ p.m.　on　_____ .

　　☐　as notified by the United States Marshal.

☐　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐　before 2 p.m. on　_____ .

　　☐　as notified by the United States Marshal.

　　☐　as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on　_____　to　_____

at　_____　with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By　_____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

| | |
|---|---|
| DEFENDANT:    Anthony E. Burke, aka Garver | Judgment—Page __3__ of __4__ |
| CASE NUMBER:    2:06CR00113-001 | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :    9    month(s)

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑  The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐  The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐  The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the pro bation officer for schooling, training, o r other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit th e probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 3C — Supervised Release

DEFENDANT: Anthony E. Burke, aka Garver
CASE NUMBER: 2:06CR00113-001

Judgment—Page __4__ of __4__

## SPECIAL CONDITIONS OF SUPERVISION

14. Defendant shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. Defendant shall allow reciprocal release of information between the supervising probation officer and treatment provider. Defendant shall contribute to the cost of treatment according to defendant's ability.

15. Defendant shall take medications as recommended and prescribed by the mental health treatment providers.

16. Defendant shall submit defendant's person, residence, office, or vehicle to a search, conducted by a U.S. probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. Defendant shall warn persons with whom defendant shares a residence that the premises may be subject to search.

17. Defendant shall reside in a residential reentry center for a period of up to 180 days. Defendant's participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of defendant's supervising officer. Defendant shall abide by the rules and requirements of the facility. Consistent with the facility's rules and requirements, defendant may communicate and visit with his mother.

18. Defendant shall not access information, via Internet, books, or other means, about false identification, bomb making, terrorism, or terrorist training manuals. Further, you shall not possess information about any of the above subjects and shall not possess knives, other weapons, GPS systems, police scanners, or similar items.

19. Defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

20. Defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

21. Defendant shall not possess a firearm, ammunition, destructive device, any knives outside a standard residence or restaurant, or any other dangerous weapon.