PROB 12C
(7/93)

Report Date: March 8, 2013

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 11 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony E. Burke     Case Number: 2:06CR00113-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 6/19/2008

| | |
|---|---|
| Original Offense: | Possession of Ammunition After Having Previously Been Committed to a Mental Institution, 18 U.S.C. § 922(g)(4) |
| Original Sentence: | Prison - 37 Months     Type of Supervision: Supervised Release
TSR - 36 Months |
| Asst. U.S. Attorney: | Aine Ahmed     Date Supervision Commenced: 3/05/2013 |
| Defense Attorney: | Peter S. Schweda     Date Supervision Expires: 12/05/2013 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
**Supporting Evidence**: The offender was release from custody by the Washington Department of Corrections on March 5, 2013. He was required to report to the U.S. Probation Office on March 8, 2013, by approximately 3:00 p.m., but failed to report as directed. |

Prob12C
**Re: Burke, Anthony E.**
**March 08, 2013**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/08/2013

s/Shane Moore

Shane Moore
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*
Signature of Judicial Officer

March 11, 2013
Date