PROB 12C
(7/93)

Report Date:  April 11, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2016

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony E. Burke    Case Number: 0980 2:06CR00113-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 19, 2008

| | |
|---|---|
| Original Offense: | Possession of Ammunition After Having Previously Been Committed to a Mental Institution, 18 U.S.C. § 922(g)(4) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 37 months; TSR - 36 months | Type of Supervision: Probation | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced: 03/05/2013 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: 01/08/2017 | |

---

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/08/2013.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On July 3, 2013, Mr. Garver was arrested for Murder 1 - Premeditated, in violation of RCW 9A.32.030(a)(A), in Snohomish County, Washington.

It is noted, on June 15, 2015, the case was dismissed without prejudice, after being found incompetent to plead and stand trial.  The court ordered the defendant civilly committed for an evaluation and remanded him to the custody of Department of Social and Health Services (DSHS). The defendant escaped from DSHS custody on April 6, 2016, and was apprehended on April 9, 2016. |

Prob12C
**Re: Burke, Anthony E.**
**April 11, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/11/2016
_____

s/Shane Moore
_____

Shane Moore
Supervisory U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X ]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]   Defendant to appear before the Judge assigned to the
        case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

April 11, 2016
_____

Date